SINGER MANAGEMENT CONSULTANTS, INC.; Live Gold Operations, Inc., Appellants.

v.

Anne MILGRAM, Attorney General of the State of New Jersey.

No. 09–2238.

United States Court of Appeals, Third Circuit.

Sept. 1, 2010.

William L. Charron, Esq., Pryor Cashman, New York, NY, George W. Wright, Esq., George W. Wright & Associates, Hackensack, NJ, for Appellants.

Jeffrey A. Koziar, Esq., Office of Attorney General of New Jersey, Newark, NJ, for Anne Milgram.

Present: McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, BARRY, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, Jr., VANASKIE and ALDISERT [1] ROTH [2], Circuit Judges.

**1.** Will participate as a member of the en banc court pursuant to 3d Cir. I.O.P. 9.6.4.

## ORDER

THEODORE A. McKEE, Chief Circuit Judge.

A majority of the active judges having voted for rehearing *en banc* in the above captioned case, it is ordered that the petition for rehearing is GRANTED. The Clerk of this Court shall list the case for rehearing *en banc* at the convenience of the Court. The opinion and judgment entered August 5, 2010, are hereby vacated.